JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-0676 CJC (MLGx)                    Date:  January 27, 2010

Title: <u>PETER GO ET AL. V. COUNTRYWIDE HOME LOANS ET AL.</u>

PRESENT:

### **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Nancy Boehme</u>                         <u>      N/A      </u>
Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

        The Court having received no opposition or response to the Court's Order to Show Cause issued January 9, 2010, hereby dismisses this action in its entirety.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                      Initials of Deputy Clerk  NB